1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   UNITED STATES OF AMERICA,

9                     Plaintiff,

10           v.

11   DAVID MICHAEL NAVARRO,

12                     Defendant.

CASE NO. CR13-5525BHS

ORDER GRANTING
GOVERNMENT'S MOTION TO
CONTINUE THE TRIAL DATE

13

14        This matter came before the Court on October 15, 2013, on the government's motion to
continue the trial date.  The Court found that pursuant to Title 18, United States Code, Section

15   3161(h)(7), the ends of justice served by continuing the trial date sixty-days outweigh the best

16   interests of the public and Defendant in a speedy trial in that, as set forth in the government's

17   Motion, it has been demonstrated that additional time is needed for defense counsel to properly

18   investigate this case.  Specifically, the government needs additional time to complete its forensic

19   examination of Defendant's digital media.

20        Although the government anticipates completion of the forensic examination before

21   November 5, 2013, there will not be enough time for the defense to evaluate and examine the

22   report or seek an independent examination.  Because the forensic evidence will be a significant

ORDER - 1

1  issue in this case, a thorough and complete investigation by both parties is necessary in order to

2  be adequately prepared for trial.  Defendant supported the motion to continue trial in open court

3  and submitted a waiver of speedy trial through February 15, 2014.

4         IT IS THEREFORE ORDERED THAT trial in this matter is continued until January 14,

5  2014, at 9:00.  Pretrial Conference is set for January 6, 2014, at 3:30 p.m.   Pretrial motions are

6  *due by December 3, 2013.*

7         IT IS FURTHER ORDERED THAT, for the purposes of computing the time limitations

   imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161-3174, the period

8  of delay from October 15, 2013, up to and including January 14, 2014, is excludable time

9  pursuant to Title 18, United States Code, Section 3161(h)(7).

10        Dated this ⟋⟍ day of October, 2013.

11

12

13

                                                    _____
14                                                  BENJAMIN H. SETTLE
                                                    United States District Judge
15

16

17

18

19

20

21

22

ORDER - 2