UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR13-5525BHS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DAVID MICHAEL NAVARRO, | |
| Defendant. | |

On November 13, 2013, Apple, Inc. ("Apple") was ordered to assist law enforcement agents in the search of an Apple iPhone5 ("the iOS Device") by unlocking the iOS Device. On December 16, 2013, this Court entered an Order directing Apple to unlock the iOS Device on or before January 6, 2014, or show cause as to why it was unable to comply. Today, the Government informed the Court that Apple has complied with the Court's Orders, and has unlocked the iOS Device. Therefore,

IT IS HEREBY ORDERED that Apple has complied fully with the Court's previous Orders in this matter.

DONE this 26th day of December, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:
*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER - 1
United States v. Navarro (CR13-5525BHS)