JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5525BHS |
| Plaintiff, | |
| vs. | ORDER SEALING DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR A NO CONTACT ORDER |
| DAVID NAVARRO, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing Defendant's Response to Government's Motion for a No Contact Order and any attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Response and any attachments thereto, are to be sealed.

DONE this 3 day of February, 2014.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Linda Sullivan/Miriam Schwartz*
LINDA SULLIVAN/MIRIAM SCHWARTZ
Attorneys for Defendant David Navarro

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710