UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAEL NAVARRO,<br><br>Defendant. | NO. CR13-5525BHS<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained within the Government's Sealed Supplemental Sentencing Memorandum,

It is hereby ORDERED that the Government's Sealed Supplemental Sentencing Memorandum, shall remain sealed.

DATED this 8th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Marci L. Ellsworth
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER TO SEAL
*United States v. Navarro* (CR13-5525BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800