IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DAVID MICHAEL NAVARRO, )<br>)<br>Defendant. )<br>_____ ) | No.   CR13-5525BHS<br><br>ORDER ON DEFENDANT'S<br>MOTION TO SEAL |

THIS MATTER having come on before the undersigned judge of the above-captioned Court upon the motion of the defendant for an order sealing the defendant's sentencing memorandum; and due to the sensitive nature of the information contained in the defendant's sentencing memorandum, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant's Sentencing Memorandum be and the same is hereby ordered to be sealed and shall remain sealed.

DATED this 8th day of September, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant


By: _____
CASEY M. ARBENZ
WSB #40581

Order on Defendant's Motion to Seal - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON  98405
(253) 272-2157