UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MICHAEL NAVARRO,<br><br>Defendant. | NO. CR13-5525BHS<br><br>**ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that:

The Government's attachment to the Government's restitution memorandum in this matter be FILED UNDER SEAL because of the nature of the issues discussed therein and is not permitted to be made publicly available.

IT IS SO ORDERED.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER TO SEAL - 1
CAUSE NO. 13-5525BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800